# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

143918 (60)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re Estate of EDWARD JOSEPH McCORMICK
_____/

ERIC A. BRAVERMAN, Personal Representative
of the Estate of Edward Joseph McCormick,
Deceased,
   Appellee,

v

           SC: 143918
           COA: 296547
           Wayne PC: 1992-513517-DE

LINDA McCORMICK,
   Appellant.

_____/

   On order of the Court, the motion for reconsideration of this Court's March 5, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

_____
           Clerk

t0618